William HENNESSY, appellant, v. INTERBORO BREWING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Application denied, with $10 costs.

In the Matter of Charles H. HERBST. (Supreme Court, Appellate Division, First Department, April 28, 1916.) Application granted. Settle order on notice.

In the Matter of Magdalena HERRMANN, decd. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order (91 Misc. Rep. 464, 154 N. Y. Supp. 957) affirmed, with $10 costs and disbursements. No opinion. Order filed.

Emanuel HERTZ, Respt., v. George A. WHEELOCK, Applt. (Supreme Court, Appellate Division, First Department, April 28, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Alexander HERZ, Applt., v. Simon CUSTEN and ano., Respts. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Levi HILL, applt., v. PILOT RIBBON AND CARBON CO., impleaded, etc., respt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Judgment reversed and new trial granted, with costs to the appellant to abide the event. The third finding of fact and all other findings to the effect that the bond and mortgage were without consideration, are disapproved. Held, that the evidence shows that there was a sufficient and adequate consideration for the mortgage, and while this court would be warranted in directing the usual judgment of foreclosure and sale, we think under the peculiar circumstances of this case it should be remitted to the County Court for its further action in accordance with this decision. All concur.

Abraham HOCHMAN, Respt., v. Earl W. PIERCE, Applt. Fannie HASKIN v. SAME. Israel HASKIN v. SAME. Max H. ABLON v. SAME. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Orders reversed, with $10 costs and disbursements, and motions granted on conditions stated in order. No opinion. Orders filed.

Sarah HOENIG, Applt., v. Edward E. HOENIG, Respt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

HOLUB–DUSHA COMPANY, respondent, v. Leopold F. DRDA, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Fritz HOLZRICHTER v. Everly DAVIS. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied, with $10 costs. Order filed.

HUGGINS LUMBER CO., respt., v. Earl L. MILLER, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Order reversed with costs, and verdict reinstated, with costs. Held, that there was an adequate consideration to support the agreement to release the appellant Miller and that the evidence was sufficient to sustain the verdict. All concur, except Merrell, J., who dissents. De Angelis, J., not sitting.

Wallace HUNT and Florence Hunt, respondents, v. Henry G. K. HEATH, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion for stay granted, without costs.

Wallace HUNT and Florence Hunt, respondents, v. Henry G. K. HEATH, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) The evidence offered on the motion for a new trial seems to us "newly discovered" within the authorities. If received on the trial of this action it would have been sufficient to require a submission of the issues to the jury. But on the trial the verdict was directed—that is, the jury passed upon no issuable questions. There could have been no direction of a verdict with this evidence in the case. Therefore its presence would have changed the result; that is, a directed verdict. Order reversed, and motion granted, on condition that within twenty days defendant pay all costs and disbursements taxed in the action up to the time of his motion for a new trial. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Charles L. HYDE, respt., v. INTERNATIONAL RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted unless appellant serve typewritten copy of brief by March 10th and printed copies by March 13th.

August ITSCHNER, respondent, v. Christopher G. NUNAMANN and Loretta Cecilie Nunamann, appellants, and Robert Wilson, defendant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Joseph W. JACOBS, Respt., v. AMERICAN PLAY CO. et al., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. (Clarke, P. J., dissenting.) Order filed.

Joseph W. JACOBS v. AMERICAN PLAY CO. et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion granted; question certified. Order filed.

Anna JACOBSON v. IGNATZ JACOBSON; Max Brown, applt. (two cases). (Supreme Court, Appellate Division, First Department.